IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRI LEFF, | ) |
| | ) 14-cv-1623 |
| | ) |
| Plaintiff, | ) Honorable Milton I. Shadur |
| | ) Magistrate Judge Jeffrey Cole |
| vs. | ) |
| | ) |
| CITIBANK, N.A, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq. ("FAA"), FRCP 12(b)(1) and FRCP 81(a)(6)(B), defendant Citibank, N.A. ("Citibank"), hereby files this Motion to Compel Arbitration and Stay Action (the "Motion"), requesting entry of an order compelling plaintiff Terri Leff ("Plaintiff" or "Leff") to arbitrate her claims against Citibank pursuant to the terms of the arbitration agreement ("Arbitration Agreement") governing the credit card account that underlies Plaintiff's claims in this case. Citibank further seeks to stay this case during the pendency of any arbitration. Citibank files contemporaneously herewith its Memorandum in Support of this Motion and accompanying exhibits.

Respectfully Submitted,

By: /s/ Todd A. Rowden
Todd A. Rowden (ARDC No. 6201929)
Emily L. Peel (ARDC No. 6290433)
THOMPSON COBURN LLP
55 East Monroe –37th Floor
Chicago, IL 60603
312.346.7500

***Attorneys for Citibank, N.A.***